422 A.2d 687

Commonwealth v. Johnson, Appellant.

Argued June 4, 1979. Dale F. Shughart, Jr., for appellant; Kevin A. Hess, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, DOWLING and GATES, JJ.*

Judgment of sentence affirmed.

422 A.2d 687

Commonwealth v. Schliefer.

Submitted December 8, 1978. Arthur J. King, Assistant Public Defender, for appellant; Eric J. Cox, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Appeal quashed.

* President Judge G. THOMAS GATES of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge JOHN C. DOWLING of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.